*566 WATFORD, Circuit Judge,
concurring:
The union has made a strong showing that PG & E’s petition to vacate the arbitrator’s award was entirely frivolous. The magistrate judge agreed with the union’s position in the proceedings below, and had we been reviewing that decision, I would have voted to affirm the imposition of sanctions without hesitation. But the district judge who ruled on the merits of PG & E’s petition — and ultimately denied it in fairly strong language — came out differently on the question of frivolousness. In this circuit, we review that determination only for an abuse of discretion, and I can’t say that the district court’s conclusion, although different from my own, was “illogical, implausible, or without support in inferences that may be drawn from the record.” United States v. Hinkson, 585 F.3d 1247, 1262 (9th Cir.2009) (en banc).